Andrew S. Friedman (005425)
(afriedman@bffb.com)
Francis J. Balint, Jr. (007669)
fbalint@bffb.com
William F. King (023941)
bking@bffb.com
BONNETT FAIRBOURN FRIEDMAN
    & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100

John P. Leader, Esq. (012511)
LEADER LAW FIRM
405 W. Cool Drive, Suite 107
Tucson, AZ  85704
john@leaderlawaz.com
Telephone: (520) 575-9040

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard L. Labrecque, on behalf of Himself and Others Similarly Situated, | CV-19-00465-TUC-RCC (EJM) |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT COURT ORDER PURSUANT TO RULE 41(a)(1)(A)(i)** |
| NewRez, LLC, f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i), *Federal Rules of Civil Procedure*, Plaintiff Richard L. Labrecque hereby voluntarily dismisses the above-captioned action with prejudice, all parties to bear their own costs and attorneys' fees. Defendant NewRez, LLC, f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing has not yet served an answer or motion for summary judgment in the action.

Dated: September 28, 2020.

**BONNETT FAIRBOURN FRIEDMAN & BALINT, PC**

By: */s/ Andrew S. Friedman*
    Andrew S. Friedman (005425)
    Francis J. Balint, Jr. (007669)
    William F. King (023941)
    2325 East Camelback Road, Suite 300
    Phoenix, AZ 85016
    afriedman@bffb.com
    fbalint@bffb.com
    bking@bffb.com
    Telephone: (602) 274-1100

    John P. Leader, Esq. (012511)
    **LEADER LAW FIRM**
    405 W. Cool Drive, Suite 107
    Tucson, Arizona 85704
    john@leaderlawaz.com
    Telephone: (520) 575-9040

    *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 28th day of September, 2020, electronically filed the foregoing through the CM/ECF filing system for U.S. District Court for the District of Arizona, which will automatically send e-mail notification to all attorneys of record, each of whom is a registered participant in the Court's notice and filing system and each of whom may access said filing via the Court's CM/ECF system.

*/s/ Patricia Aquilino*

2